**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Salvador HIGAREDA–SEGURA, a.k.a.**
**Salvador Higarera–Segura,**
**Defendant–Appellant.**

No. 15–50517

United States Court of Appeals,
Ninth Circuit.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

Submitted October 25, 2016 *

Filed November 03, 2016

Helen H. Hong, Assistant U.S. Attorney, Susan Leah Park, Assistant U.S. Attorney, Office of the US Attorney, San Diego, CA, for Plaintiff–Appellee.

Salvador Higareda–Segura, Pro Se.

Before: LEAVY, SILVERMAN, and GRABER, Circuit Judges.

MEMORANDUM **

Salvador Higareda–Segura appeals from the district court's judgment and challenges his guilty-plea conviction and 18–month sentence for attempted reentry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Higareda–Segura's counsel ѕhas filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Higareda–Segura the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Higareda–Segura waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir. 2009). We ac-

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

cordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**